466 A.2d 705

In re Adams v. Holderman, Appellant.
Reargument Denied Oct. 11, 1983.

Argued May 11, 1983. Kenneth P. Walsh, for appellant; John R. Miller, Jr., for appellees.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Affirmed.